

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA HINDS-RADIX**
*Corporation Counsel*

**SHERRY N. GLOVER**
*Assistant Corporation Counsel*
phone: (212) 356-0896
email: shglove@law.nyc.gov

June 21, 2022

**By ECF and Email**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
CronanNYSDChambers@nysd.uscorts.gov

Re: <u>G.R.F. v. New York City Department of Education</u>
22 CV 00102 (JPC)

Dear Judge Cronan:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent Defendant New York City Department of Education ("DOE") in the above-referenced matter.  I write jointly with Plaintiff's counsel to respectfully request that the June 28, 2022 initial conference be adjourned *sine die*.

On January 5, 2022, Plaintiff G.R.F. commenced this action on behalf of her minor child, S.B. (the "Student") pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.* (Dkt. No. 1) Plaintiff seeks enforcement of an Impartial Hearing Officer's ("IHO") Decision in Case No. 193686, dated November 4, 2020, which awarded the Student various forms of educational services. Plaintiff also seeks attorneys' fees incurred in the underlying administrative proceedings and the instant action. On March 29, 2022, Defendant filed an Answer to the Complaint. (Dkt. No. 8) By Order dated April 1, 2022, the Court referred this matter for mediation and scheduled a pretrial conference for June 28, 2022. (Dkt. Nos. 9, 10) There is a mediation conference scheduled for July 26, 2022.

The parties continue to work collaboratively to resolve this action. Plaintiff's counsel has provided my office billing records for the underlying administrative proceedings and the federal action, and my office is working to secure settlement authority from the New York City

Comptroller's Office. In light of these considerations, the parties respectfully submit that a pretrial conference at this juncture may be unproductive. The parties thus respectfully request that the forthcoming conference be adjourned to enable the parties to work in good faith to resolve this matter. The parties remain optimistic that global settlement is likely.

Thank you for your consideration of this request.

Respectfully yours,

*/s/ Sherry N. Glover*
SHERRY N. GLOVER
Assistant Corporation Counsel

Cc: Steven J. Alizio, Esq. (via ECF)
     Counsel for Plaintiff

The Court adjourns the Initial Pretrial Conference scheduled for June 28, 2022 to August 18, 2022 at 11:30 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 11.

SO ORDERED.
Date: June 22, 2022
     New York, New York

JOHN P. CRONAN
United States District Judge