UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                 :

G.R.F., *on behalf of S.B.*,                            :

                               Plaintiff,                :

                                                 :          22 Civ. 102 (JPC)

         -v-                                   :

                                                 :          <u>ORDER</u>

                                                 :

NEW YORK CITY DEPARTMENT OF EDUCATION,  :

                                               :

                             Defendant.             :

                                                 :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court understands that the parties have reached a settlement in principle on all issues in this case. By August 2, 2022, the parties shall file a joint status letter updating the Court on the status of the case and the parties' views on whether an infant compromise order is required under Local Civil Rule 83.2.

      SO ORDERED.

Dated: July 28, 2022                                  _____
      New York, New York                            JOHN P. CRONAN
                                                  United States District Judge